Gerald P. Cudahy, Respondent, v. Motor Vehicle Accident Indemnification Corporation, Appellant.—

Concur — Stevens, P. J., Capozzoli, McGivern, Nunez and McNally, JJ.